October 1, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

YIGAL BOSCH, Appellant

NO. 14-13-00739-CV                            V.

HARRIS COUNTY, THE HARRIS COUNTY DEPARTMENT OF
EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS
COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE
HARRIS COUNTY HOSPITAL DISTRICT, HOUSTON INDEPENDENT
SCHOOL DISTRICT, HOUSTON COMMUNITY COLLEGE SYSTEM,
GREATER SHARPSTOWN MANAGEMENT DISTRICT, and CITY OF
HOUSTON, Appellees

—————————————————

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 5, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Yigal Bosch.

We further order this decision certified below for observance.